THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brent Ladin Shannon,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-194
Submitted January 29, 2003  Filed March 
 13, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Edgar Lewis Clements, III, of Florence; 
 for Respondent.
 
 
 

PER CURIAM: Brent Shannon pled guilty to 
 assault and battery of a high and aggravated nature, and was sentenced to six 
 years imprisonment.  Shannon appeals, arguing the plea judge should not have 
 accepted his guilty plea, as he denied using a baseball bat to assault the victim.  
 Appellate counsel has filed a final brief and a petition to be relieved.  Shannon 
 did not file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.